BEFORE THE FIRST DIVISION, DECEMBER 31, 1943

**No. 49093.**—Protest 104752–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the opera glasses in question are similar to those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74), those entered or withdrawn prior to the French Trade Agreement (T. D. 48316) were held dutiable at 45 percent under para-

graph 228 (b), and those imported subsequent to said trade agreement were held dutiable at 35 percent under paragraph 228 (b), as amended.